Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ted Clarke,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>　　　　Defendant. | No: 2:20-cv-02360-CKD (SS)<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

　　　　IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Friday, November 12, 2021, to file the Motion for Summary Judgment.

　　　　IT IS HEREBY NOTED that this is plaintiff's first extension requested.

Dated:  10/12/2021　　　　　　　　　　　　/ s / Joseph Fraulob
　　　　　　　　　　　　　　　　　　　　　　Joseph C. Fraulob
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated:  10/12/2021　　　　　　　　　　　　/ s / Geralyn Gulseth
　　　　　　　　　　　　　　　　　　　　　　Geralyn Gulseth
　　　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

IT IS ORDERED.

Dated:  October 13, 2021
　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE