PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: caspar.chan@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED CLARKE,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:20-cv-02360-CKD<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Motion for Summary Judgment in this case. In support of this request, the Commissioner respectfully states as follows:

1. Defendant's response to Plaintiff's opening brief was due January 22, 2022. Defendant has not previously requested an extension of time for this deadline. Counsel for the Commissioner apologies to the Court for not previously seeking an extension as this case. Counsel for the Commissioner was unexpectedly out of the office when Plaintiff's motion was filed. Upon returning to the office, Counsel for the Commissioner believes he inadvertently overlooked Plaintiff's filing. Moreover, office procedures, for tracking motions received, appears to have also missed this filing. Counsel apologizes to the Court, Plaintiff and Plaintiff's counsel for the delay. This request is made in good faith and is not intended to unduly delay the proceedings in this matter.

3. Counsel has reviewed Plaintiff's motion and is in discussions with his client about the defensibility of this case. Counsel believes that this extension may allow the parties to resolve this case without using additional court time and resources to address the merits of this case.

4. Counsel conferred with Plaintiff's counsel who had no objection to the requested extension.

WHEREFORE, Defendant requests until March 25, 2022, respond to Plaintiff's Motion for Summary Judgment.

Date: <u>March 17, 2022</u>     LAW OFFICES OF HADLEY & FRAULOB

By:   <u>/s/ Caspar Chan for Joseph Fraulob*</u>
JOSEPH FRAULOB
*Authorized by email*
Attorneys for Plaintiff

Date: <u>March 17, 2022</u>     PHILIP A. TALBERT
United States Attorney
Eastern District of California

By:   <u>/s/ Caspar Chan</u>
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

Dated:  March 17, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE